STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WILLIAM C. LASSITER, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mrs. Marcia R. Richman* for the petitioner.

*Mr. Leo Kaplowitz* and *Mr. Arthur J. Timins* for the respondent.

March 26, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. SAMUEL WILLIAMS AND THOMAS WOOTEN, DEFENDANTS-PETITIONERS.

*Mr. Stanley C. Van Ness* and *Mr. Kenneth S. Javerbaum* for the petitioners.

*Mr. Joseph P. Lordi* and *Mr. Matthew J. Scola* for the respondent.

March 26, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. PAUL PATERNO, DEFENDANT-PETITIONER.

*Messrs. Shapiro, Brotman, Eisenstat & Capizola* for the petitioner.

*Mr. Joseph Tuso* and *Mr. N. Douglas Russell* for the respondent.

March 26, 1969. Denied.